| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MYRNA EDITH PEREZ RUIZ (minor);<br>HUGO MENDOZA;<br>JUAN AMBROSIO PEREZ;<br>MARIA LUISA SOLORZANO;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES GOVERNMENT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. C 08-3758 WHA<br><br>**STIPULATION TO EXTEND DATES;<br>and [PROPOSED] ORDER** |

Plaintiffs, by and through their attorney of record, and Defendant, by and through its attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiffa filed this action on or about August 6, 2008. The United States Attorney's Office was not served with the First Amended Complaint for Damages until October 23, 2008.

2. Pursuant to this Court's August 6, 2008 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on November 6, 2008, and attend a case management conference on November 13, 2008.

3. In order to allow sufficient time for the Defendant to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stipulation to Extend Dates
C08-3758 WHA                                    1

| | | |
|---|---|---|
| 1 | Last day for Defendant to file an Answer | December 22, 2008 |
| 2 | Last day to file Joint ADR Certification | December 29, 2008 |
| 3 | Last day to file/serve Joint Case Management Statement: | January 8, 2009 |
| 4 | Case Management Conference: | January 15, 2009 at 11:00 a.m. |

Dated: October 27, 2008                Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorney for Defendant

Dated: October 22, 2008

_____/s/_____
ENRIQUE RAMIREZ
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.   Please note there will be no further continuances.

Date: November 10, 2008.

_____
WILLIAM ALSUP
United States District Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Extend Dates
C08-3758 WHA                2