1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  MEPR (minor);                       )
    HUGO MENDOZA;                       )  No. C 08-3758 WHA
13  JUAN AMBROSIO PEREZ;                )
    MARIA LUISA SOLORZANO;              )
14                                      )  **STIPULATION TO DISMISS and**
                   Plaintiffs,          )  **[PROPOSED] ORDER** ;
15                                      )   **ORDER VACATING HEARING**
              v.                        )
16                                      )
    UNITED STATES GOVERNMENT,           )
17                                      )
                   Defendant.           )
18  _____     )

19      Plaintiffs, by and through their attorney of record, and Defendant, by and through its attorneys

20  of record, hereby stipulate, pursuant to Rule 41(a), Federal Rules of Civil Procedure, to dismissal

21  of the above-entitled action without prejudice.

22      The parties also request that the Court vacate the hearing on Defendant's motion to dismiss

23  scheduled for January 22, 2009.

24  ///

25  ///

26  ///

27

28

    Stipulation to Dismiss
    C08-3758 WHA                        1

1     Each of the parties shall bear their own costs and fees.

2   Dated: December 16, 2008                   Respectfully submitted,

3                                        JOSEPH P. RUSSONIELLO
                                       United States Attorney

4

5

6                                      _____/s/_____
                                     ILA C. DEISS[1]
                                     Assistant United States Attorney

7                                      Attorney for Defendant

8

9   Dated: December 16, 2008                    _____/s/_____
                                     ENRIQUE RAMIREZ

10                                      Attorney for Plaintiffs

11

12

13                               **ORDER**

14       Pursuant to stipulation, IT IS SO ORDERED.

15

16   Date:     December 17, 2008

17                                     WILLIAM ALSUP
                                  United States District Judge

18

19

20

21

22

23

24

25

26

27      [1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any

28 signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C08-3758 WHA                                2